DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARLA RUSCONI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 6:10-mj-00119 MJS |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND ORDER THEREON |
| v. ) | |
| ) | Date:  November 2, 2010 |
| CARLA RUSCONI, ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Michael J. Seng |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between SUSAN ST. VINCENT, Acting Legal Officer for the National Park Service, and Defendant, CARLA RUSCONI, and her attorney of record, JEREMY S. KROGER, that the Status Conference in the above-captioned matter currently scheduled for October 19, 2010, be continued until November 2, 2010, at 10:00 a.m.

This continuance is requested to allow time for further negotiations between the parties.

///
///
///
///
///
///

| | |
|---|---|
| DATED: October 18, 2010 | By: /s/ Susan St. James<br>SUSAN ST. JAMES |
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 18, 2010 | By: /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>CARLA RUSCONI |

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request for a continuance of the October 19, 2010 status conference until November 2, 2010, HEREBY ORDERS that the status conference in the matter of *U.S. v. Carla Rusconi* be continued to November 2, 2010, at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   October 20, 2010          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Rusconi - Stipulation to Continue
Status Conference and Order                    2